# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00690-CV

**Scott M. Alabed, Appellant**

**v.**

**Bel Elan LLC, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-22-002749, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 13, 2023. On April 10, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by April 20, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Prosecution

Filed:  June 23, 2023